IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,                               CIVIL ACTION FILE NO.:

v.                                             1:22-CV-00122-SCJ

CRACKER BARREL OLD
COUNTRY STORE, INC.,
a Foreign Profit Corporation,
d/b/a Cracker Barrel,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement. The parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as the settlement documentation is finalized between the parties. The parties ask that all pending deadlines be suspended pending the filing of a final stipulation of dismissal.

Respectfully submitted this 29th day of July, 2022.

| | |
|---|---|
| */s/ Matthew N. Pope* | */s/ Suzanne Lewis* |
| Matthew N. Pope | Suzanne Lewis |
| GA Bar No. 584216 | GA Bar No. 166693 |
| matt@mpopelaw.com | slewis@bakerdonelson.com |
| Matthew N. Pope, P.C. | Baker, Donelson, Bearman, Caldwell |
| 900 2nd Avenue | & Berkowitz, P.C. |
| Columbus, Georgia 31902 | 3414 Peachtree Road, NE, Ste. 1500 |
| | Atlanta, Georgia 30326 |

Tel.: (706) 324-2521                              Tel.: (404) 577-6000

*Attorneys for Plaintiff*                         *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,        CIVIL ACTION FILE NO.:

v.        1:22-CV-00122-SCJ

CRACKER BARREL OLD
COUNTRY STORE, INC.,
a Foreign Profit Corporation,
d/b/a Cracker Barrel,

      Defendant.
_____/

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically serve the filing on all parties who have entered an appearance in this case.

This 29th day of July, 2022.

                                                      */s/ Matthew N. Pope*
                                                      Matthew N. Pope